William A. Muñoz - 191649
James J. Ison - 209116
MURPHY, PEARSON, BRADLEY & FEENEY
1375 Exposition Boulevard, Suite 250
Sacramento, CA  95815
Telephone:    (916) 565-0300
Facsimile:     (916) 565-1636

Attorneys for Defendants
PREFERRED PROPERTIES, LLC. and DENNIS E. GRIFFIN, an Individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Company,<br><br>             Plaintiff,<br><br>v.<br><br>PREFERRED PROPERTIES, LLC, a California limited liability company; DENNIS E. GRIFFIN, an individual; and DOES 1-500, inclusive,<br><br>             Defendants. | Case No.: 2:08-CV-00993-FCD-GGH<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS PREFERRED PROPERTIES, LLC, AND DENNIS E. GRIFFIN TO RESPOND TO FIRST AMENDED COMPLAINT |

The parties, by and through their respective counsel, do hereby agree and stipulate as follows:

WHEREAS, Defendants Preferred Properties, LLC, and Dennis E. Griffin were served with the First Amended Complaint on or about June 6, 2008, and have not formally appeared in the present action;

WHEREAS, Defendants Preferred Properties, LLC, and Dennis E. Griffin retained counsel to represent them in this matter on or about June 18, 2008.  Defendants' response to the First Amended Complaint was originally due on June 26, 2008;

WHEREAS, counsel for the parties had previously stipulated that the Defendants' response to the First Amended Complaint was to be filed by July 10, 2008, and the Court approved said

- 1 -

STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS PREFERRED PROPERTIES, LLC, AND DENNIS E. GRIFFIN TO RESPOND TO FIRST AMENDED COMPLAINT

1  stipulation.

2  WHEREAS, Defendants' counsel needs additional time to review the pleadings from the
3  underlying matter, as well as all relevant insurance applications and policies issued to Defendants by
4  Evanston Insurance Company, and related correspondence, which are the subject of the present action.
5  Defense Counsel requires additional time in which to review the documents in order to prepare a
6  proper response to the First Amended Complaint..

7  The parties hereby STIPULATE and AGREE:

8  Defendants Preferred Properties, LLC, and Dennis E. Griffin's responsive pleading to the First
9  Amended Complaint is due on or before July 17, 2008.

10 Dated: July 11, 2008

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/
William A. Munoz
Attorneys for Defendants
PREFERRED PROPERTIES, LLC, and DENNIS E. GRIFFIN

Dated: July 11, 2008

BOLENDER & ASSOCIATES

By /s/
Thomas H. Schelly
Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

WAM.10425742.doc

- 2 -

STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS PREFERRED PROPERTIES, LLC, AND
DENNIS E. GRIFFIN TO RESPOND TO FIRST AMENDED COMPLAINT

## **ORDER**

Having considered the Stipulation of the parties and for good cause appearing, Defendants Preferred Properties, LLC, and Dennis E. Griffin's responsive pleading to Plaintiff's First Amended Complaint shall be due on or before July 17, 2008.

**IT IS SO ORDERED**.

DATED: July 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS PREFERRED PROPERTIES, LLC, AND DENNIS E. GRIFFIN TO RESPOND TO FIRST AMENDED COMPLAINT