| | |
|---|---|
| 1 | William A. Munoz - 191649 |
| 2 | Erin M. Sands - 241296<br>MURPHY, PEARSON, BRADLEY & FEENEY |
| 3 | 1375 Exposition Boulevard, Suite 250<br>Sacramento, CA  95815 |
| 4 | Telephone:    (916) 565-0300<br>Facsimile:      (916) 565-1636 |
| 5 | Attorneys for Defendant |
| 6 | PREFERRED PROPERTIES, LLC AND DENNIS E. GRIFFIN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREFERRED PROPERTIES, LLC, a California limited liability company; DENNIS E. GRIFFIN, an individual; and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: 2:08-CV-00993-FCD-GGH<br><br>STIPULATION AND ORDER REGARDING CASE DEADLINES |

IT IS HEREBY STIPULATED BY THE PARTIES, by and through their counsel, as follows:

1. The parties have been actively pursuing written discovery and are preparing to commence depositions in this matter. At the same time, the parties have been involved in discussions in an effort to resolve this matter.

2. Rather than incurring the costs of depositions, which may involve some travel out of state for certain depositions, the parties are continuing the settlement dialogue with the hopes of entertaining a mediation to resolve the present matter as well as the underlying *Riza v. Preferred Properties* matter, from which the instant matter arises.

3. The current discovery cut-off is June 1, 2009. Given the current discussions, counsel have agreed, subject to this Court's approval, to extend the following pre-trail discovery cut-off dates:

- 1 -

| | | |
|---|---|---|
| a. | Discovery cut-off date: | September 15, 2009; |
| b. | Expert Disclosure cut-off date: | September 29, 2009; |
| c. | Supplemental Expert Disclosure cutoff: | October 19, 2009; |
| d. | Expert Discovery cut-off date: | November 20, 2009; |
| e. | Dispositive Motions Hearing: | January 29, 2010; |
| f. | Final Pretrial Conference: | April 2, 2010 at 1:39 p.m.; |
| g. | Jury Trial: | June 15, 2010 at 9:00 a.m. |

4. This stipulation may be executed in counterparts and via facsimile, and the same shall constitute an original.

Dated: March 27, 2009

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/
William A. Munoz
Attorneys for Defendant
PREFERRED PROPERTIES, LLC and
DENNIS E. GRIFFIN

DATED: March 27, 2009

BOLENDER & ASSOCIATES

By /s/
Thomas H. Schelly
Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

EMS:20014667

- 2 -

STIPULATION AND ORDER REGARDING CASE DEADLINES

# **ORDER**

Having considered the Stipulation of the parties and for good cause appearing, the following cut-off dates are as follows:

1. Discovery cut-off is September 15, 2009;
2. Expert Disclosure cut-off is September 29, 2009;
3. Supplemental Expert Disclosures cut-off is October 19, 2009;
4. Expert Discovery Deadline is November 20, 2009;
5. Dispositive Motions Hearing to January 29, 2010;
6. Final Pretrial Conference is April 2, 2010 at 1:30 p.m.;
7. Jury Trial is to commence June 15, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: April 1, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE