William A. Munoz - 191649
MURPHY, PEARSON, BRADLEY & FEENEY
1375 Exposition Boulevard, Suite 250
Sacramento, CA  95815
Telephone:    (916) 565-0300
Facsimile:     (916) 565-1636

Attorneys for Defendants/Counter-Claimants
PREFERRED PROPERTIES, LLC AND DENNIS E. GRIFFIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PREFERRED PROPERTIES, LLC, a California limited liability company; DENNIS E. GRIFFIN, an individual; and DOES 1-500, inclusive,<br><br>    Defendants. | Case No.: 2:08-CV-00993-FCD-GGH<br><br>STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

WHEREAS, on or about May 22, 2008, Plaintiff and Counter-Defendant Evanston Insurance Company ("Evanston") filed the First Amended Complaint in this matter against Defendants and Counter-Claimants Preferred Properties, LLC and Dennis E. Griffin ("Preferred") seeking reimbursement of indemnity and defense costs paid to or on Defendants' behalf in the underlying *Maryett v. Preferred Properties*, *et al.*, Sacramento County Superior Court, Case Number 03AS03046; breach of contract; declaratory relief, fraud in the inducement, and breach of oral contract.

WHEREAS, on or about September 19, 2008, Preferred Properties, LLC. and Dennis Griffin filed a counter-claim against Evanston for breach of contract and breach of the implied

covenant of good faith and fair dealing.

WHEREAS, Evanston and Preferred have agreed to resolve this matter for a dismissal with prejudice of their respective claims for a mutual waiver of attorney's fees and costs;

NOW, THEREFORE, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Evanston and Preferred, by and through their counsel, hereby stipulate to the dismissal of the entire action with prejudice, with each bearing their own costs and attorney's fees related to this action.

Neither this Stipulation nor the Order of Dismissal hereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by Evanston or Preferred in this action, as fully set forth in the Parties Confidential Settlement Agreement and Release, incorporated herein by reference.

This Stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts shall constitute but one and the same stipulation.

IT IS SO STIPULATED.

Dated: August 11, 2009          BOLENDER & ASSOCIATES


                                By:/s/ Jeff Bolender_____
                                   Jeff Bolender
                                   Attorneys for Plaintiff/Counter-Defendant
                                   EVANSTON INSURANCE COMPANY


Dated: August 11, 2009          MURPHY, PEARSON, BRADLEY & FEENEY


                                By /s/ William A. Munoz
                                   William A. Munoz
                                   Attorneys for Defendants/Counter-Claimants
                                   PREFERRED PROPERTIES, LLC AND
                                   DENNIS E. GRIFFIN

## **ORDER**

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' Stipulation and, good cause appearing therefore, hereby approves the dismissal with prejudice of the entire action with prejudice, each party bearing their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: August 12, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE